IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO.: 3:14-cr-00011-DPJ-LRA**

**DANIEL ROBERT**

## RESPONSE TO MOTION TO CONTINUE

COMES NOW, Defendant, Daniel Robert, by and through counsel and files this Response to Motion to Continue (Doc#136) in the above-styled and referenced cause. Defendant, Daniel Robert, does not oppose the Motion to Continue.

RESPECTFULLY SUBMITTED, this the 24th day of October, 2018.

                                                DANIEL ROBERT

                                          By:   /s/ J. Scott Gilbert
                                                    J. SCOTT GILBERT

OF COUNSEL:

J. Scott Gilbert, Esq. (MSB No. 102123)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone:  601-965-1900
Facsimile:   601-965-1901
sgilbert@watkinseager.com

## **CERTIFICATE OF SERVICE**

I, J. Scott Gilbert, do hereby certify that I have this date electronically filed the above and foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

This the **24th** day of **October, 2018**.

/s/ J. Scott Gilbert
J. SCOTT GILBERT